

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00381-CV

———————————————

JUSTICE FIELDS, Appellant

V.

LITTLE RENTALS, Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-004960-1

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on December 5, 2024, *see* Tex. R. App. P. 38.6(a), but no brief was filed. On December 18, 2024, we warned Appellant that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief along with a motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, and we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: January 23, 2025